IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISELDA NAZERENO and FERMIN NAZERENO,<br><br>       Plaintiffs,<br><br>  v.<br><br>E*TRADE FINANCIAL, et al.,<br><br>       Defendants.<br>_____/ | No. C 09-02344 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

     This matter is set for a hearing on August 21, 2009 on the motion to dismiss filed by defendant E*Trade Savings Bank, sued as E*Trade Financial. The Court HEREBY ORDERS that an opposition to this motion shall be filed by no later than **June 24, 2009** and a reply brief shall be filed by no later than **July 8, 2009**.

     If the Court determines that this matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

     **IT IS SO ORDERED.**

Dated: June 3, 2009

                                                        JEFFREY S. WHITE<br>                                                        UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CRISELDA NAZERENO et al,

      Plaintiff,

v.

E TRADE FINANCIAL et al,

      Defendant.
                                       /

Case Number: CV09-02344 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 3, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Criselda Nazareno
Fermin Nazareno
439 Wyandotte Ave.
Daly City, CA 94014

Dated: June 3, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk