IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISELDA NAZERENO and FERMIN NAZERENO,<br><br>    Plaintiffs,<br><br>  v.<br><br>E*TRADE FINANCIAL, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-02344 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

    This matter is set for a hearing on August 7, 2009 on the motion to dismiss filed by defendants GMAC Mortgage, LLC, erroneously sued as GMAC Financial Services and ETS Services, LLC, sued as Executive Trustee Services dba (collectively, "GMAC Defendants"). The Court HEREBY CONTINUES the hearing on GMAC Defendants' motion to dismiss to August 21, 2009. The Court FURTHER ORDERS that an opposition to this motion shall be filed by no later than **June 24, 2009** and a reply brief shall be filed by no later than **July 8, 2009**.

    If the Court determines that this matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this

///
///
///
///
///

schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: 06/04/09

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California