IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRISELDA NAZERENO and FERMIN NAZERENO,

    Plaintiffs,

  v.

E*TRADE FINANCIAL, et al.,

    Defendants.

No. C 09-02344 JSW

**ORDER TO SHOW CAUSE**

This matter is set for a hearing on August 21, 2009 on the motions to dismiss filed by defendants GMAC Mortgage, LLC, erroneously sued as GMAC Financial Services and ETS Services, LLC, sued as Executive Trustee Services dba (collectively, "GMAC Defendants") and by defendant E*Trade Savings Bank, sued as E*Trade Financial ("E*Trade). On June 3 and 4, 2009, this Court issued briefing schedules on the pending motions to dismiss and informed Plaintiffs that their oppositions to the motions were due to be filed by no later than June 24, 2009. To date, no oppositions have been filed.

Plaintiffs are HEREBY ORDERED TO SHOW CAUSE ("OSC") in writing, by **July 13, 2009**, why the pending motions to dismiss should not be granted in light of their failure to file a timely opposition or statement of non-opposition. If Plaintiffs seek to file substantive responses to E*Trade's and GMAC Defendants' motions, Plaintiffs must demonstrate good cause for failing to file their opposition briefs in a timely fashion. In their response to this OSC, Plaintiffs are also directed to show cause why this case should not be dismissed for failure to

prosecute. Plaintiffs are admonished that their failure to respond this Order by July 13, 2009, will result in a dismissal of this action.

If Plaintiffs seek to file substantive responses to E*Trade's and GMAC Defendants' motions and demonstrates good cause for their delay, the Court will provide E*Trade and GMAC Defendants an opportunity to file reply briefs. The hearing on E*Trade's and GMAC Defendants' motions remains set for August 21, 2009, unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: July 6, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISELDA NAZERENO et al,<br><br>    Plaintiff,<br><br>  v.<br><br>E TRADE FINANCIAL et al,<br><br>    Defendant. | Case Number: CV09-02344 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 6, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Criselda Nazareno
439 Wyandotte Ave.
Daly City, CA 94014

Fermin Nazareno
439 Wyandotte Ave.
Daly City, CA 94014

Dated: July 6, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk