IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRISELDA NAZERENO and FERMIN NAZERENO,

    Plaintiffs,

  v.

E*TRADE FINANCIAL, et al.,

    Defendants.
_____/

No. C 09-02344 JSW

**ORDER OF DISMISSAL**

On June 2, 2009, defendant E*Trade Savings Bank, sued as E*Trade Financial ("E*Trade) filed a motion to dismiss and noticed it to be heard on August 21, 2009 at 9:00 a.m. On June 3, 2009, this Court issued a briefing schedule on the pending motion to dismiss and informed Plaintiffs that their opposition to the motion was due to be filed by no later than June 24, 2009. Plaintiffs failed to file an opposition or request relief from the filing deadline.

On July 6, 2009, the Court issued an Order to Show Cause why the pending motion to dismiss should not be granted in light of Plaintiffs' failure to file a timely opposition or statement of non-opposition. The Order required Plaintiffs to submit a response in writing by July 13, 2009. The Order further directed Plaintiffs to show cause why this case should not be dismissed for failure to prosecute. The Order admonished Plaintiffs that their failure to respond by July 13, 2009 would result in dismissal of this action.

To date, the Court has not received any submissions or correspondence from Plaintiffs. Plaintiffs have failed to comply with the Court's orders and failed to prosecute this case.

Accordingly, this action is dismissed without prejudice for failure to prosecute. Fed. R. Civ. P. 41(b). . The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 29, 2009

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CRISELDA NAZERENO et al,

    Plaintiff,

v.

E TRADE FINANCIAL et al,

    Defendant.

Case Number: CV09-02344 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Criselda Nazareno
Fermin Nazareno
439 Wyandotte Ave.
Daly City, CA 94014

Dated: July 29, 2009

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk